**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 485 WAL 2016
                         : 
                Respondent    :
                         :    Petition for Allowance of Appeal from
                         :    the Order of the Superior Court
                v.                 :
                         :
                         :
ROBERT FLOYD MCCLUSKEY,         :
                         :
                Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.